USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 12/10/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

EDDY MORROBEL,

Defendant.

No. 18-CR-640 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

In light of Mr. Morrobel's pending application in the Court's Young Adult Opportunity Program, the conference scheduled for December 12, 2019 is adjourned to January 31, 2020 at 4:15 p.m. Time is excluded under the Speedy Trial Act to January 31, 2020, pursuant to 18 U.S.C. Section 3161(h)(7)(A).

SO ORDERED.

Dated:  December 10, 2019
        New York, New York

Ronnie Abrams
United States District Judge