

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 2, 2024

<u>**BY ECF**</u>

The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
Thurgood Marshall U.S. Courthouse
New York, New York 10007

> Application granted. The pretrial conference is adjourned to February 8, 2024 at 2:00 p.m. Time is excluded until February 8, 2024, under the Speedy Trial Act, pursuant to 18 U.S.C. Section 3161(h)(7)(A).
>
> SO ORDERED.
>
> _____
> Ronnie Abrams, U.S.D.J.
> January 3, 2024

Re:   *United States v. Eddy Morrobel*,
       18 Cr. 640 (RA)

Dear Judge Abrams:

     A pretrial conference is currently scheduled in this case for Friday, January 5, 2024, at 2:30 p.m. The parties jointly and respectfully request an adjournment of that conference for approximately one month; we understand from Your Honor's Chambers that February 8, 2024 in the afternoon may be a convenient time for the Court to reschedule this conference. The parties are currently in advanced plea negotiations; the requested adjournment may help the parties to finalize these discussions and reach a disposition. In connection with this adjournment request, the Government respectfully requests a corresponding exclusion of time pursuant to the Speedy Trial Act, until the next conference date, so that the parties can continue to pursue a potential pretrial resolution. *See* 18 U.S.C. § 3161(h)(7)(A). The defense consents to this request.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney
Southern District of New York

By: _____
Michael D. Neff
Assistant United States Attorney
(212) 637-2107

cc:   Barry Goldberg, Esq. (by ECF)