

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 31, 2024

**BY ECF**

| | |
|---|---|
| The Honorable Ronnie Abrams<br>United States District Judge<br>Southern District of New York<br>40 Foley Square<br>Thurgood Marshall U.S. Courthouse<br>New York, New York 10007 | The conference is rescheduled to February 8, 2024 at 12:00 p.m.<br><br>SO ORDERED.<br><br>_____<br>Ronnie Abrams, U.S.D.J.<br>February 1, 2024 |

Re:  *United States v. Eddy Morrobel*,
     18 Cr. 640 (RA)

Dear Judge Abrams:

     A status conference in the above-captioned case is currently scheduled for Thursday, February 8, 2024, at 2:00 p.m.  A sentencing in another matter was rescheduled for that exact date and time, so if possible, the Government respectfully requests, with the consent of the defense, that the status conference in Mr. Morrobel's case take place at any other time on the same day, if convenient for the Court.  (And if a change in time is not convenient for the Court, the undersigned will, of course, be present at 2:00 p.m. before Your Honor.)  The parties have conferred with Your Honor's Chambers, and we understand that there is a possibility that another time on the afternoon of February 8 might work for the Court's calendar, such as 1:00 p.m. or 3:00 p.m.  The Court's consideration of this request is greatly appreciated.

                                              Respectfully submitted,

                                              DAMIAN WILLIAMS
                                              United States Attorney
                                              Southern District of New York

                      By: _____
                                              Michael D. Neff
                                              Assistant United States Attorney
                                              (212) 637-2107

cc:     Barry Goldberg, Esq. (by ECF)